CO-386
10/2018

# United States District Court
# For the District of Columbia

Center for Biological Diversity  )
)
)
)
)
                   Plaintiff )    Civil Action No._____
vs )
U.S. Department of the Interior  )
)
)
                  Defendant  )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Plaintiffs_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Center for Biological Diversity_____ which have any outstanding securities in the hands of the public:

The CENTER FOR BIOLOGICAL DIVERSITY is a nonprofit organization that has no parent companies, subsidiaries, affiliates, or outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

_455266_____      William J. Snape, III
BAR IDENTIFICATION NO.                  Print Name

                                                          1411 K Street NW, Suite 1300
                                                          Address

                                                          Washington, DC 20005
                                                          City              State           Zip Code

                                                           (202) 274-4443
                                                          Phone Number